# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET ITZENN GUZMAN, | Case No. 1:13-cv-01243-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 4, 2014, the parties filed a stipulation permitting Plaintiff a 21-day extension of time to file her opening brief. (Doc. 12.) On April 7, 2014, Plaintiff filed her opening brief. (Doc. 13.)

Plaintiff's stipulated request for an extension of time to file her opening brief is granted, and Plaintiff's opening brief filed on April 7, 2014, is deemed timely filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's stipulated request for an extension of time to file her opening brief is GRANTED;

2. Plaintiff's opening brief filed on April 7, 2014, is deemed timely;

3. Defendant's opposition brief shall be filed on or before May 12, 2014, and

4. Plaintiff may file an optional reply brief on or before May 30, 2014.

IT IS SO ORDERED.

Dated:   **April 8, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

2